**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| Cassandra Robinson | : |
| | : Case No. 16-12922ELF |
| Debtor(s) | : Chapter 13 |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on the date indicated below I served a true and correct copy of the Debtor's Motion to Reconsider Dismissal of Chapter 13 Bankruptcy by electronic means and/or regular US Mail to the Trustee and all interested parties.

May 23, 2019

*/s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire
Attorney for Debtor